**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MYISHA ALLEN      :
 Plaintiff       :
           :   CIVIL ACTION
 v.         :   NO. 18-2276
           :
FAMILY DOLLAR STORES OF :
PENNSYLVANIA, INC.    :
    Defendant.   :

## ORDER

AND NOW, this 27th day of November, 2018, upon consideration of Plaintiff's Motion to Remand to state court (ECF No. 4) Defendants' Response thereto (ECF No. 6), Plaintiff's Reply to Defendant's Response (ECF No. 10), and Defendant's SurReply thereto (ECF No. 16), it is hereby ORDERED that said Motion is GRANTED.  This action shall be remanded to the Court of Common Pleas of Philadelphia County, Pennsylvania.

The Clerk of Court shall mark this mater closed.

BY THE COURT:

/s/  C. Darnell Jones, II
C. Darnell Jones, II   J.